UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MISAEL SANTOS GARCIA,
Petitioner,
v.
WARDEN OF OTAY MESA DETENTION CENTER,
Respondent.

Case No.: 3:26-cv-5524-CAB-GC

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

Petitioner Misael Santos Garcia, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he is unlawfully detained at the Otay Mesa Detention Facility.

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted. *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") Petitioner does not provide any information regarding how he entered the United States, whether he has been previously detained by immigration authorities, whether he has a pending immigration case, or the circumstances of his most recent detention.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order. The First Amended Petition must be complete in itself without reference to the original Petition. Respondents not named and any claim not re-alleged will be considered waived. *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated: September 30, 2026

Hon. Cathy Ann Bencivengo
United States District Judge